In re ROE.

(Supreme Court, Appellate Division, Fourth Department. March 31, 1903.)

1. DISBARMENT—PETITION—SPECIFICATIONS—SUFFICIENCY.

Where the petition in disbarment proceedings is unsigned, and not verified in accordance with the statute, and the attached papers intended as specifications are not referred to in the petition, and are improperly numbered and verified, the proceeding will be dismissed.

Proceedings for the disbarment of Charles Roe. Proceedings dismissed.

Argued before ADAMS, P. J., and McLENNAN, SPRING, WILLIAMS, and HISCOCK, JJ

PER CURIAM. This proceeding was instituted by the filing of what purports to be a petition by one James Kane, but the petitioner has omitted to sign his petition, and the verification thereof is not in accordance with the requirements of the statute. The papers attached to the petition are apparently designed as specifications, but no reference is made thereto in the petition, and if they are to be treated as specifications they are insufficient for that purpose, by reason of their being improperly numbered and unverified. This proceeding being quasi criminal in its nature, the respondent is entitled to know precisely what charges are made against him, and to have them properly formulated and duly verified.

The proceeding is dismissed by reason of defects appearing upon the face of the papers, with leave to renew upon correcting the imperfections above specified.

---

(40 Misc. Rep. 66.)

In re POND'S ESTATE.

(Surrogate's Court, Otsego County. February, 1903.)

1. EXECUTORS—ACCOUNTING—LIMITATIONS—INFANT HEIR.

Though more than six years have elapsed since the right to compel executors to account accrues, it does not bar an infant legatee from having such a proceeding taken in her behalf under Code Civ. Proc. § 396, providing that, if a person entitled to maintain an action of such a character is under the age of 21, the time of such disability is not a part of the time limited for commencing the action.

In the matter of the estate of Ransom L. Pond, deceased. Proceedings to compel executors to account. Order for an accounting.

L. F. Raymond, for petitioner.

C. C. Flaesch, for executors.

WILLIS, S. This proceeding was commenced by a verified petition presented to this court by Maria W. Youmans in behalf of Mary Ella Wendell, an infant of the age of 15 years. The petition, among other things, states that the said Maria W. Youmans is a grandmother of the said infant, that the said infant resides with said Maria W. Youmans, and that the said infant is a granddaughter, legatee and heir at law of said Ransom L. Pond, deceased, and is interested in the estate of said